**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| **Lance Silvertooth** § | | |
| **Plaintiff,** § | | |
| § | | |
| v. § | Civil Action No. 2:13-CV-00204 JRG RSP | |
| § | | |
| **Danlin Industries Corporation** § | | |
| **Defendant** § | | |
| § | | |
| § | Jury Trial Demanded | |

## NOTICE OF SETTLEMENT

Defendant provides notice that this case has settled. The parties anticipate providing closing papers, such as a proposed motion and order to dismiss, promptly.

Respectfully submitted,

By: /s/ Michelle Jones
MICHELLE M. JONES
Lead Attorney
TBA #13500900
of: JONES & JONES
1122 Judson Road
Longview, Texas 75601
(903) 236-4990
(903) 236-6210 Facsimile
mjones@joneslawyers.com

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I certify that service of this document was accomplished pursuant to the Local Rules of this Court, via electronic submission by the Court Clerk.

_/s/_ Michelle Jones__
Michelle Jones