## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| **Lance Silvertooth** | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 2:13-CV-00204 JRG RSP** |
| | § | |
| **Danlin Industries Corporation,** | § | |
| **Defendant** | § | |
| | § | |

## ORDER

On this day, the Court considered the Joint Motion to Dismiss with Prejudice. The Court finds that this case presented a bona fide dispute and that it has been settled as a result of mediation required by the docket control orders in this litigation. IT IS ORDERED that all claims asserted, or that could have been asserted, in the above-referenced matter by Plaintiff or Defendant are hereby DISMISSED WITH PREJUDICE. It is further ORDERED that each party shall bear its own costs, attorneys' fees, and expenses.

All relief not expressly granted is DENIED.

**SIGNED this 25th day of March, 2014.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE